

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Lasalle Herrmann*, 20 Cr. 215 (JPO)

Dear Judge Oetken:

    An initial pretrial conference is scheduled in this matter for Thursday, August 13, 2020. Because the defendant is housed at the Metropolitan Correctional Center, the Government understands that COVID-19 protocols require he be produced for court (by phone or videoconference) only on Mondays, Wednesdays, and Fridays. Accordingly, the Government respectfully requests that the conference be adjourned to a Monday, Wednesday, or Friday of the Court's choosing, and with sufficient time to arrange for the defendant's appearance.

    In addition, the Government respectfully requests that that time under the Speedy Trial Act be excluded between August 13, 2020 and the adjourned conference date, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7). On or about July 28, 2020, the Government made its first production of discovery to the defense. It was a substantial production that includes, among other things, law enforcement files and other materials relating to the August 4, 2011 murder of Phillip Richards that is the subject of Counts Two, Three, and Four of the Indictment. The additional time between August 13, 2020 and the adjourned conference date will allow the defense to further its initial review of the discovery and confer with the defendant about the case.

 The undersigned has communicated with defense counsel, Thomas Ambrosio, Esq., who has conveyed his consent to both of these requests.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney for the
        Southern District of New York

By: *[signature]*
        Frank J. Balsamello / Matthew Hellman
        Assistant United States Attorneys
        (212) 637-2325 / -2278

cc: Thomas Ambrosio, Esq., *counsel for defendant Lasalle Herrmann* (by ECF)

---

Granted.
The initial conference is hereby adjourned to September 23, 2020, at 2:15 pm.  Time is excluded through September 23, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
 So ordered.
 August 7, 2020

*[signature]*
J. PAUL OETKEN
United States District Judge