

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> Granted.  The pretrial conference is adjourned to November 10, 2020, at 11:00 a.m.  The Court hereby excludes time through November 10, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   September 10, 2020
>
> _____
> J. PAUL OETKEN
> United States District Judge

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Lasalle Herrmann*, 20 Cr. 215 (JPO)

Dear Judge Oetken:

    An initial pretrial conference is scheduled in this matter for Wednesday, September 23, 2020 at 2:15 p.m.  The Government writes to respectfully request that the conference be adjourned approximately 45 to 60 days.  The Government made its first production of discovery in this case on or about July 28, 2020, and it made another sizeable production on or about September 2, 2020.  The Government understands that defense counsel is continuing to review that material and confer with the defendant about his options regarding how to proceed in this matter, including various pretrial dispositions that the Government has discussed with counsel in recent weeks.  Neither party has any issues that it wishes to bring before the Court at this time.  Defense counsel joins in this adjournment request.

    In addition, The Government also requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded between September 23, 2020 and the new conference date, so as to allow for the parties to continue the various activities described above, including the defense's review of discovery and client counseling, and the parties' plea discussions.  Defense counsel consents to this request as well.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:  _____
    Frank J. Balsamello / Matthew Hellman
    Assistant United States Attorneys
    (212) 637-2325 / -2278

cc: Thomas Ambrosio, Esq., *counsel for defendant Lasalle Herrmann* (by ECF)