

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

> Granted.  The November 10, 2020 pretrial conference is adjourned to January 12, 2021, at 3:00 p.m.  The Court hereby excludes time through January 12, 2021, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> November 2, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007



_____
J. PAUL OETKEN
United States District Judge

Re:   *United States v. Lasalle Herrmann*, 20 Cr. 215 (JPO)

Dear Judge Oetken:

An initial pretrial conference is scheduled in this matter for Tuesday, November 10, 2020 at 11:00 a.m.  The Government writes to respectfully request that the conference be adjourned approximately 60 days.  The Government made its first production of discovery in this case on or about July 28, 2020, followed by two more productions on or about September 2 and October 8, 2020.  The Government understands that defense counsel is continuing to review that material and confer with the defendant about his options regarding how to proceed in this matter, including various pretrial dispositions that the Government has discussed with counsel in recent weeks.  Neither party has any issues that it wishes to bring before the Court at this time.  Defense counsel joins in this adjournment request.

In addition, The Government also requests that, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7), time under the Speedy Trial Act be excluded between November 10, 2020 and the new conference date, so as to allow for the parties to continue the various activities described above, including the defense's review of discovery and client counseling, and the parties' plea discussions.  Defense counsel consents to this request as well.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Frank J. Balsamello / Matthew Hellman
Assistant United States Attorneys
(212) 637-2325 / -2278

cc: Thomas Ambrosio, Esq., *counsel for defendant Lasalle Herrmann* (by ECF)