

August 12, 2021

Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Granted.  The August 18, 2021 pretrial conference is adjourned to October 26, 2021, at 12:30 pm.  The Court hereby excludes time through October 26, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:  August 13, 2021
>
> */s/ J. Paul Oetken*
> J. PAUL OETKEN
> United States District Judge

      RE:    United States v. Lasalle Herrmann
                20 Cr. 215 (JPO)

Dear Judge Oetken:

      I represent Lasalle Herrmann, in the above referenced matter which is scheduled for a status conference on August 18, 2021. The Government and I received an email from Your Honor's Courtroom Deputy advising that the matter had to be rescheduled to August 23, 2021, subject to the availability of the parties.

      I am respectfully requesting that the August 18, 2021 status conference be adjourned for 60 days and that time be excluded under the Speedy Trial Act in order to allow continued pretrial discussions on this matter.

      The Government consents to this request for adjournment.  The Court's consideration of this request is greatly appreciated.

                      Respectfully yours,

                      */s/Thomas Ambrosio*
                      Thomas Ambrosio

cc:    All counsel via ECF