

January 26, 2022

Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       RE:    United States v. Lasalle Herrmann
                   20 Cr. 215 (JPO)

Dear Judge Oetken:

     I represent Lasalle Herrmann, in the above referenced matter which is scheduled for a status conference on Friday, January 28, 2022. I am respectfully requesting that the status conference be adjourned for 60 days and that time be excluded under the Speedy Trial Act in order to allow continued pretrial discussions on this matter. Limited to no ability to meet with my client due to MDC Brooklyn not allowing in-person legal visits since late December 2021 is a substantial factor in my making this request.

     The Government consents to this request for adjournment.  The Court's consideration of this request is greatly appreciated.

> Granted.  The January 28, 2022 pretrial conference is adjourned to March 29, 2022, at 3:00 pm.  The Court hereby excludes time through March 29, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  January 27, 2022

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc:    All counsel via ECF

_____

                                J. PAUL OETKEN
                         United States District Judge